ORIGINAL

FILED
NOV - 9 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AEC SERVICES, INC.**<br>*Plaintiff,*<br>**vs.**<br>**THE UNITED STATES**<br>*Defendant.* | **Case No:** 182 C |

# COMPLAINT

Plaintiff, AEC Services, Inc. ("AEC"), by counsel, hereby files this Complaint against The United States Department of Veteran's Affairs (hereinafter "VA"), and for cause states as follows:

## JURISDICTIONAL STATEMENT

1. Jurisdiction of this matter is conferred by 28 U.S.C. § 1491(a)(1) as this is a claim against the United States upon an express or implied contract. Jurisdiction of this matter is further conferred by 28 U.S.C. § 1491(a)(2) as this action arises from an appeal of a contracting officer's decision under the Contract Disputes Act of 1978, 41 U.S.C. §§ 601 *et. seq*.

## FACT COMMON TO ALL COUNTS

2. AEC is a Maryland corporation with its principal place of business located in Montgomery County, Maryland. AEC is engaged in the business of construction contracting.

3. AEC contracted with the VA to provide certain renovation services at the VA Medical Center, 50 Irving Street, NW, Washington, D.C. 20422 (hereinafter the "Project") pursuant to two (2) open contracts. The first contract was dated September 22, 2004, Contract

No. V688C-1528 (the "Mental Health Contract") and the second was dated September 27, 2000, Contract No. V688C-1491 (the "Bathroom Renovation Contract").

**COUNT I**
**Breach of Contract**
**(Mental Health Contract)**

4. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 3 above as if fully set forth herein.

5. Pursuant to the Mental Health Contract, the VA issued Task Order No. 2, also known as Purchase Order No. 688-C40595, for the "Mental Health Clinic Renovation" located at the Project for a price of $27,888.69.

6. At the direction of the VA, AEC commenced performance of the work for the Project under the Mental Health Contract.

7. On April 5, 2005, AEC submitted its Pay Application No. 1 for the Project in the amount of $25,888.69. A copy of Pay Application No. 1 is attached hereto as Exhibit 1 and incorporated by reference herein.

8. On May 10, 2005, AEC submitted its Pay Application No. 2 for the Project in the amount of $2,000.00. A copy of Pay Application No. 2 is attached hereto as Exhibit 2 and incorporated by reference herein.

9. The VA has failed and refused to process the pay applications and make payment for the Project in accordance with the Mental Health Contract despite demand thereby damaging AEC in the amount of $27,888.69.

10. On August 19, 2005, AEC requested the VA's contracting officer render a final decision on Pay Application Nos. 1 and 2 for the Project pursuant to the Mental Health

Contract's dispute clause (FAR § 52.233-1(e)). A copy of this letter is attached hereto as Exhibit 3 and incorporated by reference herein.

11. The VA received the August 19, 2005, letter by certified mail on August 23, 2005, as evidenced by the U. S. Postal Service postal tracking confirmation. A copy of the tracking information is attached hereto as Exhibit 4 and incorporated by reference herein.

12. To date, the VA has not responded to AEC's request for a final determination dated August 19, 2005 (Exhibit 3). Pursuant to the Contract Disputes Act 41 U.S.C. § 605(c)(5), the failure of the VA to respond to AEC's request for a final determination within 60 days of the request is deemed a denial, making this appeal of the decision proper.

WHEREFORE, AEC Services, Inc. hereby requests that this Honorable Court reverse the decision of the contracting officer, and enter judgment in its favor against The United States, Department of Veteran's Affairs in the amount of $27,888.69 plus interest and costs of this action, and for such other relief as this Court finds appropriate.

**COUNT II**
**<u>Breach of Contract</u>**
**(Bathroom Renovation Contract)**

13. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 12 above as if fully set forth herein.

14. Pursuant to the Bathroom Renovation Contract, the VA issued Purchase Order No. CF9224 to "Upgrade and Renovate Restrooms" located at the Project for a price of $598,870.00.

15. At the direction of the VA, AEC commenced performance of the work for the Project under the Bathroom Renovation Contract.

16. On April 14, 2005, AEC submitted its Final Revised Pay Application No. 11 for the Project in the amount of $19,402.00. A copy of the Final Revised Pay Application No. 11 is attached hereto as Exhibit 5 and incorporated by reference herein.

17. The VA has failed and refused to process the pay applications and make payment for the Project in accordance with the Bathroom Renovation Contract despite demand thereby damaging AEC in the amount of $19,402.00.

18. On August 19, 2005, AEC requested the VA's contracting officer render a final decision on the Final Revised Pay Application No. 11 for the Project pursuant to the Bathroom Renovation Contract's dispute clause (FAR § 52.233-1(e)). A copy of this letter is attached hereto as Exhibit 6 and incorporated by reference herein.

19. Upon information and belief, the VA received the August 19, 2005, letter by certified mail on August 23, 2005, as evidenced by the postal tracking confirmation of the letter mailed the same day under Purchase Order No. 688-C40595 (See Exhibit 4).

20. To date, the VA has not responded to AEC's request for a final determination dated August 19, 2005 (Exhibit 6). Pursuant to the Contract Disputes Act 41 U.S.C. § 605(c)(5), the failure of the VA to respond to AEC's request for a final determination within 60 days of the request is deemed a denial, making this appeal of the decision proper.

WHEREFORE, AEC Services, Inc. hereby requests that this Honorable Court reverse the decision of the contracting officer, and enter judgment in its favor and against The United States, Department of Veteran's Affairs in the amount of $19,402.00 plus interest and costs of this action, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By:______________________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for AEC Services, Inc.

AEC SERVICES, ...
814 West Diamond Ave. ...222
GAITHERSBURG, MD 20878

TEL (301) 258-9419
FAX (301) 258-9263

# LETT... OF TRANSMITTAL

| DATE | JOB NO. |
|---|---|
| 04/05/05 | A310-002 |

ATTENTION: Hazel France

RE:

Mental Health Clinic

TO
Ms Hazel France
VA Medical center
Contracting Officer
50 Irving Street, NW
Washington, DC 20422

WE ARE SENDING YOU XX Attached ☐ Under separate cover via ________ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ________

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 04/05/05 | 1 | Invoice No. 1590 |
| | | | Contract No. V688C-1548 PO#688C-1548 with certified Payro |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

XX For approval ☐ Approved as submitted ☐ Resubmit ______ copies for approval

XX For your use ☐ Approved as noted ☐ Submit ______ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ______ corrected prints

☐ For review and comment ☐ ________

☐ FOR BIDS DUE ________ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS ________

Received by: [signature]
Date: 4/6/05

COPY TO ________

SIGNED: [signature]

*If enclosures are not as noted, kindly notify us at once.*

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

April 5, 2005

Ms. Hazel France
VA Medical Center
Contracting Officer
50 Irving Street, NW
Washington, DC, 20422

Re: Mental Health Clinic Renovation
Invoice 1590
Pay Application No. 1
Contract No. V688C-1548 **PO#688C-1548**

Dear Hazel France:

Enclosed please find **Invoice No.1590** in the amount of **Twenty Five Thousand Eight Hundred Eighty Eight Dollars and Sixty Nine Cents ($25,888.69)** for the above referenced project.

Thank you for your attention to this matter and please contact me should you have any questions.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

******* INVOICE *******



AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

VETERANS AFFAIRS

INVOICE NUMBER: 0001590-IN

INVOICE DATE: 04/05/05

CUSTOMER NO. VET001

JOB NUMBER: A310002

TERMS: NET 30

CONTACT:

EIN# 52-1774419

JOB DESC: MENTAL HEALTH CLINIC
COMMENT: V688C-1548 PO#688C-1548

BILL METHOD: FIXED CONTRACT

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 43,442.00 |
| PERCENTAGE COMPLETED TO DATE: | 59.59% |
| BILLABLE CONTRACT AMOUNT: | 25,888.69 |
| LESS PREVIOUSLY INVOICED: | .00 |
| AMOUNT BILLABLE THIS INVOICE: | 25,888.69 |
| INVOICE TOTAL: | 25,888.69 |

---

Pr--ress Payment # 1

VETERANS AFFAIRS

# CONTRACT PROGRESS REPORT

PO # 688C-1548

REPORT FOR PERIOD ENDING: 2/28/2005

TO: Project Manager (087
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA Medical Center
50 Irving Street, NW
Washington, D.C. 20422

| 1. PROJECT NO | 2. CONTRACT NO | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| PO # 688C-1548 | V688C-1548 | 9/22/2004 | 12/29/2005 | 2/9/2005 |

6. NAME AND ADDRESS OF CONTRACTOR
AEC Services, Inc.
930 Kennedy Street, NW
Washington, DC 20011

7. DESCRIPTION OF CONTRACT
Mental Health Clinic Renovation
**AEC Project No. A310002**

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $27,888.69 | 12. EXTENDED CONTRACT COMPLETION DATE | TBD |
| 9. SCHEDULED PERCENT COMPLETION | 93% | 13. ESTIMATED COMPLETION DATE | TBD |
| 10. ACTUAL PERCENT COMPLETION | 93% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | TBD | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE - END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | GENERAL REQUIREMENTS | $12,829.00 | $0.00 | $12,829.00 |
| 16 | MOBILIZATION | $940.00 | $0.00 | $940.00 |
| 17 | SUBMITTALS | $0.00 | $0.00 | $0.00 |
| 18 | ASBESTOS ABATEMENT TESTING | $0.00 | $0.00 | $0.00 |
| 19 | BOND | $0.00 | $0.00 | $0.00 |
| 20 | DEMOLITION | $785.00 | $0.00 | $785.00 |
| 21 | TEMPORARY PARTITIONS | $0.00 | $0.00 | $0.00 |
| 22 | CONCRETE | $0.00 | $0.00 | $0.00 |
| 23 | CMU | $0.00 | $0.00 | $0.00 |
| 24 | METALS | $0.00 | $0.00 | $0.00 |
| 25 | CARPENTRY | $362.69 | $0.00 | $362.69 |
| 26 | THERMAL & MOISTURE PRO. | $0.00 | $0.00 | $0.00 |
| 27 | DOORS, FRAMES, HRDWR | $4,600.00 | $0.00 | $2,600.00 |
| 28 | DRYWALL PARTITIONS | $1,950.00 | $0.00 | $1,950.00 |
| 29 | CASEWORK | $0.00 | $0.00 | $0.00 |
| 30 | ACOUSTICAL CEILINGS | $0.00 | $0.00 | $0.00 |
| 31 | CERAMIC TILE | $0.00 | $0.00 | $0.00 |
| 32 | VCT & CARPET | $842.00 | $0.00 | $842.00 |
| 33 | PAINTING | $1,400.00 | $0.00 | $1,400.00 |
| 34 | EPOXY FLOOR | $0.00 | $0.00 | $0.00 |
| 35 | WALL & CORNER GUARDS | $0.00 | $0.00 | $0.00 |
| 36 | SPECIALTIES | $0.00 | $0.00 | $0.00 |
| 37 | LOCKERS | $0.00 | $0.00 | $0.00 |
| 38 | SHELVING | $0.00 | $0.00 | $0.00 |
| 39 | SPRINKLER | $2,300.00 | $0.00 | $2,300.00 |
| 40 | MECHANICAL | $0.00 | $0.00 | $0.00 |
| 41 | ELECTRICAL | $1,880.00 | $0.00 | $1,880.00 |
| 42 | ASBESTOS REMOVAL | $0.00 | $0.00 | $0.00 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52 | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53 | SUBTOTAL | $27,888.69 | $0.00 | $25,888.69 |

| | | CONTRACT FISCAL DATA | $0.00 |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (Fron ..., Col. B) | $27,888.69 | $27,888.69 |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C & D) | $25,888.69 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $25,888.69 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $0.00 | |
| 61 | PAYMENT THIS PERIOD | $25,888.69 | |
| 62 | TOTAL PAYMENT TO DATE (Item 60 plus 61) | | $25,888.69 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $2,000.00 |

| 64 EQUIPMENT STATUS | 65 MATERIALS STATUS | 66A WORK PROGRESS | 66B PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | NONE |

CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|
| 68A | CO S/A PREV. REPORTED, SYM S/A TO S/A | INCL | | 0 | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO. | INCL | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | INCL | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. | INCL | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. | INCL | | | | |
| 70 | ISSUED THIS PERIOD Field Change Order | | | | | |
| 71 | ISSUED THIS PERIOD | | | | | |
| 72 | ISSUED THIS PERIOD | | | | | |
| 73 | ISSUED THIS PERIOD | | | | | |

74 **REMARKS**

**Progress Payment # 1**

| 75 SIGNATURE OF RESIDENT ENGINEER | 76 DATE |
|---|---|
| SANTIAGO M. MONTALVO, CHIEF, PLANNING AND CONSTRUCTION (138D) | |

# INVOICE

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER

TO: **AEC Services, Inc.**
**930 Kennedy Street, NW**
**Washington, DC 20011**

For work performed under Contract No. V688C-1548
Dated: 9/22/2004

## Project No PO # 688C-1548

Entitled: **Mental Health Clinic Renovation**
at the Veterans Affairs Medical Center, Washington, D.C.

Progress Payment # 1 Period Ending: 2/28/2005

| | |
|---|---|
| Contract Price | $27,888.69 |
| Supplemental Agreements/Change Orders Issued: | |
| Net S/A's and/or C/O's Issued (+/-) | $27,888.69 |
| Total Contract Price | $0.00 |
| Work Not Completed | $2,000.00 |
| Total Earned to Date | $25,888.69 |
| Less Retainage | $0.00 |
| Amount of Previous Payments | $0.00 |
| Amount of This Request | $25,888.69 |

I hereby certify, to the best of my knowledge and belief, that-

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of title 31, United States Code;
(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and
(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

Rick Lombardo 4/4/05
Rick Lombardo

Project Manager

Date

AEC SERVICES

**Field Offic**
814 W. Diamond Ave., Suite 11
Gaithersburg, MD 2087
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.cor
www.aec-services.cor

**Mental Health Renovation**

**V688C-1548 PO#688C-1548**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,

3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: Frank ONeil
Frank O'Neil

Date 04/05/05

**AEC SERVICES, INC.**
814 West Diamond Ave. .222
GAITHERSBURG, MD 20878

**TEL (301) 258-9419**
**FAX (301) 258-9263**

# LETTER OF TRANSMITTAL

DATE 05/10/05 JOB NO A310-002

ATTENTION Hazel France

RE:

Mental Health Clinic Renovation

TO Ms. Hazel France
Contracting Officer
VA Medical Center
50 Irving Street, NW
Washington, DC 20422

WE ARE SENDING YOU ☒ Attached ☐ Under separate cover via ________ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ________

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 05/10/05 | 2 | Invoice No. 1598 |
| | | | Contract No. V688C-1548 PO# 688-C40595 with certified Payroll |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☒ For approval ☐ Approved as submitted ☐ Resubmit ____ copies for approval

☒ For your use ☐ Approved as noted ☐ Submit ____ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ____ corrected prints

☐ For review and comment ☐ ________

☐ FOR BIDS DUE ________ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS

Received by: Hazel France
Date: 5/11/05

COPY TO [signature]

SIGNED: [signature: Grant O'Neal]

*If enclosures are not as noted, kindly notify us at once.*

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

May 10, 2005

Ms. Hazel France
VA Medical Center
Contracting Officer
50 Irving Street, NW
Washington, DC, 20422

Re: Mental Health Clinic Renovation
Invoice 1598
Pay Application No. 2
Contract No. V688C-1548 **PO#688-C40595**

Dear Hazel France:

Enclosed please find **Invoice No.1598** in the amount of **Two Thousand Dollars and no Cents ($2,000.00)** for the above referenced project.

Thank you for your attention to this matter and please contact me should you have any questions.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

******* INVOICE ****** PAGE: 1

AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

VETERANS AFFAIRS

INVOICE NUMBER: 0001598-IN

INVOICE DATE: 05/10/05

CUSTOMER NO. VET001

JOB NUMBER: A310002

TERMS: NET 30

CONTACT:

EIN# 52-1774419

JOB DESC: MENTAL HEALTH CLINIC
COMMENT: V688C-1548 PO#688-C40595

BILL METHOD: FIXED CONTRACT

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 43,442.00 |
| PERCENTAGE COMPLETED TO DATE: | 64.20% |
| BILLABLE CONTRACT AMOUNT: | 27,888.69 |
| LESS PREVIOUSLY INVOICED: | 25,888.69 |
| AMOUNT BILLABLE THIS INVOICE: | 2,000.00 |
| INVOICE TOTAL: | 2,000.00 |

Progress Payment # 2

**VETERANS AFFAIRS**

## CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 4/30/2004

TO: Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

VA Medical Center
50 Irving Street, NW
Washington, D.C. 20422

| 1. PROJECT NO | 2. CONTRACT NO | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| PO # 688-C40595 | V688C-1548 | 9/22/2004 | 12/29/2005 | 2/9/2005 |

6. NAME AND ADDRESS OF CONTRACTOR
AEC Services, Inc.
930 Kennedy Street, NW
Washington, DC 20011

7. DESCRIPTION OF CONTRACT
Mental Health Clinic Renovation

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $27,889 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | Completed |
| 10. ACTUAL PERCENT COMPLETION | 100% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | TBD | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE - END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | GENERAL REQUIREMENTS | $12,829.00 | $12,829.00 | $0.00 |
| 16 | MOBILIZATION | $940.00 | $940.00 | $0.00 |
| 17 | SUBMITTALS | $0.00 | $0.00 | $0.00 |
| 18 | ASBESTOS ABATEMENT TESTING | $0.00 | $0.00 | $0.00 |
| 19 | BOND | $0.00 | $0.00 | $0.00 |
| 20 | DEMOLITION | $785.00 | $785.00 | $0.00 |
| 21 | TEMPORARY PARTITIONS | $0.00 | $0.00 | $0.00 |
| 22 | CONCRETE | $0.00 | $0.00 | $0.00 |
| 23 | CMU | $0.00 | $0.00 | $0.00 |
| 24 | METALS | $0.00 | $0.00 | $0.00 |
| 25 | CARPENTRY | $362.69 | $362.69 | $0.00 |
| 26 | THERMAL & MOISTURE PRO. | $0.00 | $0.00 | $0.00 |
| 27 | DOORS, FRAMES, HRDWR | $4,600.00 | $2,600.00 | $2,000.00 |
| 28 | DRYWALL PARTITIONS | $1,950.00 | $1,950.00 | $0.00 |
| 29 | CASEWORK | $0.00 | $0.00 | $0.00 |
| 30 | ACOUSTICAL CEILINGS | $0.00 | $0.00 | $0.00 |
| 31 | CERAMIC TILE | $0.00 | $0.00 | $0.00 |
| 32 | VCT & CARPET | $842.00 | $842.00 | $0.00 |
| 33 | PAINTING | $1,400.00 | $1,400.00 | $0.00 |
| 34 | EPOXY FLOOR | $0.00 | $0.00 | $0.00 |
| 35 | WALL & CORNER GUARDS | $0.00 | $0.00 | $0.00 |
| 36 | SPECIALTIES | $0.00 | $0.00 | $0.00 |
| 37 | LOCKERS | $0.00 | $0.00 | $0.00 |
| 38 | SHELVING | $0.00 | $0.00 | $0.00 |
| 39 | SPRINKLER | $2,300.00 | $2,300.00 | $0.00 |
| 40 | MECHANICAL | $0.00 | $0.00 | $0.00 |
| 41 | ELECTRICAL | $1,880.00 | $1,880.00 | $0.00 |
| 42 | ASBESTOS REMOVAL | $0.00 | $0.00 | $0.00 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | SUPPLEMENTAL AGREEMENT - ADD | $0.00 | | $0.00 |
| 52 | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53 | SUBTOTAL | $27,888.69 | $25,888.69 | $2,000.00 |

**CONTRACT FISCAL DATA**

| | | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $27,888.69 |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C & D) | $27,888.69 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $27,888.69 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $25,888.69 | |
| 61 | PAYMENT THIS PERIOD | $2,000.00 | |
| 62 | TOTAL PAYMENT TO DATE (Item 60 plus 61) | | $27,888.69 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $0.00 |

| 64 EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A WORK PROGRESS | 66B. PROGRESS FACTOR | 67 SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | NONE |

**CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS**

| ITEM NO. | SYMBOLS (A) | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|
| 68A | CO S/A PREV. REPORTED, SYM. S/A TO S/A | INCL | | 0 | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO. | INCL | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | INCL | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. | INCL | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. | INCL | | | | |
| 70 | ISSUED THIS PERIOD Field Change Order | | | | | |
| 71 | ISSUED THIS PERIOD | | | | | |
| 72 | ISSUED THIS PERIOD | | | | | |
| 73 | ISSUED THIS PERIOD | | | | | |

74 **REMARKS**

**Progress Payment # 2**

| 75 SIGNATURE OF RESIDENT ENGINEER | 76 DATE |
|---|---|
| SANTIAGO T. MONTALVO, CHIEF, PLANNING AND CONSTRUCTION (138D) | |

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER

TO: AEC Services, Inc.
930 Kennedy Street, NW
Washington, DC 20011

For work performed under Contract No V688C-1548
Dated: 9/22/2004

## Project No. PO # 688C-1548

Entitled:
at the Veterans Affairs Medical Center, Washington, D.C.

Progress Payment # 2 Period Ending: 4/30/2004

| | |
|---|---|
| Contract Price | $27,888.69 |
| Supplemental Agreements/Change Orders Issued: | |
| Net S/A's and/or C/O's Issued (+/-) | $0.00 |
| Total Contract Price | $27,888.69 |
| Work Not Completed | $0.00 |
| Total Earned to Date | $27,888.69 |
| Less Retainage | $0.00 |
| Amount of Previous Payments | $25,888.69 |
| Amount of This Request | $2,000.00 |

I hereby certify, to the best of my knowledge and belief, that-

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of title 31, United States Code;
(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and
(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

Rick Lombardo

[signature]
Project Manager

5/6/05
Date

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

**Mental Health Clinic Renovation**

**V688C-1548 PO#688-C40595**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,

3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: Frank O'Neil
Frank O'Neil

Date 05/10/05

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

OF COUNSEL
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

August 19, 2005

***VIA CERTIFIED MAIL #7005 0390 0006 2196 6628***
***RETURN RECEIPT REQUESTED***
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

***Re: AEC Services, Inc.***
***Contract No. V688C-1528***
***Renovate Mental Health Center***

Dear Ms. France:

As you are aware this office represents AEC Services, Inc., the VA's contractor on the above referenced contract.

Enclosed please find AEC's Submission of Claim under the above referenced contract and Request for a Final Contracting Officer's Decision.

Please feel free to contact me if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr.

DHS/bts/cl
enclosures
cc: AEC Services, Inc.

AEC SERVICES

**Corporate Office**
930 Kennedy St., Suite 120
Washington, DC 20011
TEL: 202 • 723 • 9061
FAX: 202 • 723 • 9062

August 18, 2005

*VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED*
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

***Re: AEC Services, Inc.***
***Contract No. V688C-1528***
***Renovate Mental Health***

Dear Ms. France:

Enclosed please find copies of Progress Payment Nos. 1 and 2 in the above referenced contract. Progress Payment No. 1 was submitted to you on February 28, 2005, and Progress Payment No. 2 was submitted on April 30, 2005. To date, there has been no response to these progress payments and they remain unpaid.

Please accept this letter as the submittal of a claim under Sec. 52.233-1(disputes) of the above referenced contract. Having failed to act on the progress payments for over 120 days is clearly not acting upon a request for payment in a reasonable period of time in accordance with paragraph (c) of that section.

Pursuant to Sec. 52-2331(e), I am hereby requesting a final contracting officer's decision within sixty (60) days of this request.

Please feel free to contact me if you require any additional information.

Very truly yours,

Rick Lombardo
Project Manager

AEC SERVICES, INC.
814 West Diamond Ave. .222
GAITHERSBURG, MD 20878

TEL (301) 258-9419
FAX (301) 258-9263

# LETTER OF TRANSMITTAL

| DATE | JOB NO. |
|---|---|
| 05/10/05 | A310-002 |

ATTENTION: Hazel France

RE: Mental Health Clinic Renovation

TO Ms. Hazel France
Contracting Officer
VA Medical Center
50 Irving Street, NW
Washington, DC 20422

WE ARE SENDING YOU ☒ Attached ☐ Under separate cover via ______ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ______

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 05/10/05 | 2 | Invoice No. 1598 |
| | | | Contract No. V688C-1548 PO# 688-C40595 with certified Payroll |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☒ For approval ☐ Approved as submitted ☐ Resubmit ______ copies for approval

☒ For your use ☐ Approved as noted ☐ Submit ______ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ______ corrected prints

☐ For review and comment ☐ ______

☐ FOR BIDS DUE ______ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS ______

Received by: Hazel France
Date: 5/11/05

COPY TO [signature]

SIGNED: [signature] O'Neal

*If enclosures are not as noted, kindly notify us at once.*

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

May 10, 2005

Ms. Hazel France
VA Medical Center
Contracting Officer
50 Irving Street, NW
Washington, DC, 20422

Re: Mental Health Clinic Renovation
Invoice 1598
Pay Application No. 2
Contract No. V688C-1548 **PO#688-C40595**

Dear Hazel France:

Enclosed please find **Invoice No.1598** in the amount of **Two Thousand Dollars and no Cents ($2,000.00)** for the above referenced project.

Thank you for your attention to this matter and please contact me should you have any questions.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

******* INVOICE ******



AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

VETERANS AFFAIRS

INVOICE NUMBER: 0001598-IN

INVOICE DATE: 05/10/05

CUSTOMER NO. VET001

JOB NUMBER: A310002

TERMS: NET 30

CONTACT:

EIN# 52-1774419

JOB DESC: MENTAL HEALTH CLINIC
COMMENT: V688C-1548 PO#688-C40595

BILL METHOD: FIXED CONTRACT

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 43,442.00 |
| PERCENTAGE COMPLETED TO DATE: | 64.20% |
| BILLABLE CONTRACT AMOUNT: | 27,888.69 |
| LESS PREVIOUSLY INVOICED: | 25,888.69 |
| AMOUNT BILLABLE THIS INVOICE: | 2,000.00 |
| INVOICE TOTAL: | 2,000.00 |

---

Progress Payment # 2

**VETERANS AFFAIRS**

## CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 4/30/2004

TO: Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

VA Medical Center
50 Irving Street, NW
Washington, D.C. 20422

| 1. PROJECT NO. | 2. CONTRACT NO | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| PO # 688-C40595 | V688C-1548 | 9/22/2004 | 12/29/2005 | 2/9/2005 |

6. NAME AND ADDRESS OF CONTRACTOR
**AEC Services, Inc.**
**930 Kennedy Street, NW**
**Washington, DC 20011**

7. DESCRIPTION OF CONTRACT
**Mental Health Clinic Renovation**

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $27,889 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | Completed |
| 10. ACTUAL PERCENT COMPLETION | 100% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | TBD | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE - END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | GENERAL REQUIREMENTS | $12,829.00 | $12,829.00 | $0.00 |
| 16 | MOBILIZATION | $940.00 | $940.00 | $0.00 |
| 17 | SUBMITTALS | $0.00 | $0.00 | $0.00 |
| 18 | ASBESTOS ABATEMENT TESTING | $0.00 | $0.00 | $0.00 |
| 19 | BOND | $0.00 | $0.00 | $0.00 |
| 20 | DEMOLITION | $785.00 | $785.00 | $0.00 |
| 21 | TEMPORARY PARTITIONS | $0.00 | $0.00 | $0.00 |
| 22 | CONCRETE | $0.00 | $0.00 | $0.00 |
| 23 | CMU | $0.00 | $0.00 | $0.00 |
| 24 | METALS | $0.00 | $0.00 | $0.00 |
| 25 | CARPENTRY | $362.69 | $362.69 | $0.00 |
| 26 | THERMAL & MOISTURE PRO. | $0.00 | $0.00 | $0.00 |
| 27 | DOORS, FRAMES, HRDWR | $4,600.00 | $2,600.00 | $2,000.00 |
| 28 | DRYWALL PARTITIONS | $1,950.00 | $1,950.00 | $0.00 |
| 29 | CASEWORK | $0.00 | $0.00 | $0.00 |
| 30 | ACOUSTICAL CEILINGS | $0.00 | $0.00 | $0.00 |
| 31 | CERAMIC TILE | $0.00 | $0.00 | $0.00 |
| 32 | VCT & CARPET | $842.00 | $842.00 | $0.00 |
| 33 | PAINTING | $1,400.00 | $1,400.00 | $0.00 |
| 34 | EPOXY FLOOR | $0.00 | $0.00 | $0.00 |
| 35 | WALL & CORNER GUARDS | $0.00 | $0.00 | $0.00 |
| 36 | SPECIALTIES | $0.00 | $0.00 | $0.00 |
| 37 | LOCKERS | $0.00 | $0.00 | $0.00 |
| 38 | SHELVING | $0.00 | $0.00 | $0.00 |
| 39 | SPRINKLER | $2,300.00 | $2,300.00 | $0.00 |
| 40 | MECHANICAL | $0.00 | $0.00 | $0.00 |
| 41 | ELECTRICAL | $1,880.00 | $1,880.00 | $0.00 |
| 42 | ASBESTOS REMOVAL | $0.00 | $0.00 | $0.00 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | SUPPLEMENTAL AGREEMENT - ADD | $0.00 | | $0.00 |
| 52 | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53 | SUBTOTAL | $27,888.69 | $25,888.69 | $2,000.00 |

**CONTRACT FISCAL DATA**

| | | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $27,888.69 |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C & D) | $27,888.69 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $27,888.69 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $25,888.69 | |
| 61 | PAYMENT THIS PERIOD | $2,000.00 | |
| 62 | TOTAL PAYMENT TO DATE (Item 60 plus 61) | | $27,888.69 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $0.00 |

| 64 EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67 SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | NONE |

**CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS**

| ITEM NO. | SYMBOLS (A) | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|
| 68A | CO S/A PREV. REPORTED, SYM S/A TO S/A | INCL | | 0 | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO. | INCL | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | INCL | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. | INCL | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. | INCL | | | | |
| 70 | ISSUED THIS PERIOD Field Change Order | | | | | |
| 71 | ISSUED THIS PERIOD | | | | | |
| 72 | ISSUED THIS PERIOD | | | | | |
| 73 | ISSUED THIS PERIOD | | | | | |

74 **REMARKS**

**Progress Payment # 2**

| 75 SIGNATURE OF RESIDENT ENGINEER | 76 DATE |
|---|---|
| SANTIAGO T. MONTALVO, CHIEF, PLANNING AND CONSTRUCTION (138D) | |

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER

TO: **AEC Services, Inc.**
**930 Kennedy Street, NW**
**Washington, DC 20011**

For work performed under Contract No V688C-1548
Dated: 9/22/2004

## Project No. PO # 688C-1548

Entitled:
at the Veterans Affairs Medical Center, Washington, D.C.

Progress Payment # 2 Period Ending: 4/30/2004

| | |
|---|---|
| Contract Price.................................................................. | $27,888.69 |

Supplemental Agreements/Change Orders Issued:

| | |
|---|---|
| Net S/A's and/or C/O's Issued (+/-)..................................................... | $0.00 |
| Total Contract Price......................................................................... | $27,888.69 |
| Work Not Completed.......................................................................... | $0.00 |
| Total Earned to Date......................................................................... | $27,888.69 |
| Less Retainage.................................................................................. | $0.00 |
| Amount of Previous Payments.......................................................... | $25,888.69 |
| Amount of This Request .................................................................... | $2,000.00 |

I hereby certify, to the best of my knowledge and belief, that-

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of title 31, United States Code;
(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and
(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

Rick Lombardo

Rick Lombardo
Project Manager

5/6/05
Date

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

**Mental Health Clinic Renovation**

**V688C-1548 PO#688-C40595**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,

3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: Frank O'Neil
Frank O'Neil

Date 05/10/05

**AEC SERVICES,**
814 West Diamond Ave. ...222
GAITHERSBURG, MD 20878

**TEL (301) 258-9419**
**FAX (301) 258-9263**

# LETTER OF TRANSMITTAL

DATE: 04/05/05
JOB NO: A310-002
ATTENTION: Hazel France
RE:
Mental Health Clinic

TO
Ms Hazel France
VA Medical center
Contracting Officer
50 Irving Street, NW
Washington, DC 20422

WE ARE SENDING YOU XX Attached ☐ Under separate cover via ____________ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ____________

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 04/05/05 | 1 | Invoice No. 1590 |
| | | | Contract No. V688C-1548 PO#688C-1548 with certified Payro |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

XX For approval ☐ Approved as submitted ☐ Resubmit ______ copies for approval

XX For your use ☐ Approved as noted ☐ Submit ______ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ______ corrected prints

☐ For review and comment ☐ ____________

☐ FOR BIDS DUE ____________ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS ____________

Received by: [signature]
Date: 4/6/05

COPY TO ____________

SIGNED: [signature: Grant O'Neal]

*If enclosures are not as noted, kindly notify us at once.*

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

April 5, 2005

Ms. Hazel France
VA Medical Center
Contracting Officer
50 Irving Street, NW
Washington, DC, 20422

Re: Mental Health Clinic Renovation
Invoice 1590
Pay Application No. 1
Contract No. V688C-1548 **PO#688C-1548**

Dear Hazel France:

Enclosed please find **Invoice No.1590** in the amount of **Twenty Five Thousand Eight Hundred Eighty Eight Dollars and Sixty Nine Cents ($25,888.69)** for the above referenced project.

Thank you for your attention to this matter and please contact me should you have any questions.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

******* INVOICE ******* PAGE: 1

AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

VETERANS AFFAIRS

CONTACT:

JOB DESC: MENTAL HEALTH CLINIC
COMMENT: V688C-1548 PO#688C-1548

INVOICE NUMBER: 0001590-IN

INVOICE DATE: 04/05/05

CUSTOMER NO. VET001

JOB NUMBER: A310002

TERMS: NET 30

EIN# 52-1774419

BILL METHOD: FIXED CONTRACT

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | 43,442.00 |
| PERCENTAGE COMPLETED TO DATE: | 59.59% |
| BILLABLE CONTRACT AMOUNT: | 25,888.69 |
| LESS PREVIOUSLY INVOICED: | .00 |
| AMOUNT BILLABLE THIS INVOICE: | 25,888.69 |
| INVOICE TOTAL: | 25,888.69 |

---

Progress Payment # 1

VETERANS AFFAIRS

## CONTRACT PROGRESS REPORT

PO # 688C-1548

REPORT FOR PERIOD ENDING: 2/28/2005

TO: Project Manager (087
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA Medical Center
50 Irving Street, NW
Washington, D.C. 20422

| 1. PROJECT NO | 2. CONTRACT NO | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| PO # 688C-1548 | V688C-1548 | 9/22/2004 | 12/29/2005 | 2/9/2005 |

6. NAME AND ADDRESS OF CONTRACTOR: AEC Services, Inc.
930 Kennedy Street, NW
Washington, DC 20011

7. DESCRIPTION OF CONTRACT: Mental Health Clinic Renovation
**AEC Project No. A310002**

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $27,888.69 | 12. EXTENDED CONTRACT COMPLETION DATE | TBD |
| 9. SCHEDULED PERCENT COMPLETION | 93% | 13. ESTIMATED COMPLETION DATE | TBD |
| 10. ACTUAL PERCENT COMPLETION | 93% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | TBD | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE - END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | GENERAL REQUIREMENTS | $12,829.00 | $0.00 | $12,829.00 |
| 16 | MOBILIZATION | $940.00 | $0.00 | $940.00 |
| 17 | SUBMITTALS | $0.00 | $0.00 | $0.00 |
| 18 | ASBESTOS ABATEMENT TESTING | $0.00 | $0.00 | $0.00 |
| 19 | BOND | $0.00 | $0.00 | $0.00 |
| 20 | DEMOLITION | $785.00 | $0.00 | $785.00 |
| 21 | TEMPORARY PARTITIONS | $0.00 | $0.00 | $0.00 |
| 22 | CONCRETE | $0.00 | $0.00 | $0.00 |
| 23 | CMU | $0.00 | $0.00 | $0.00 |
| 24 | METALS | $0.00 | $0.00 | $0.00 |
| 25 | CARPENTRY | $362.69 | $0.00 | $362.69 |
| 26 | THERMAL & MOISTURE PRO. | $0.00 | $0.00 | $0.00 |
| 27 | DOORS, FRAMES, HRDWR | $4,600.00 | $0.00 | $2,600.00 |
| 28 | DRYWALL PARTITIONS | $1,950.00 | $0.00 | $1,950.00 |
| 29 | CASEWORK | $0.00 | $0.00 | $0.00 |
| 30 | ACOUSTICAL CEILINGS | $0.00 | $0.00 | $0.00 |
| 31 | CERAMIC TILE | $0.00 | $0.00 | $0.00 |
| 32 | VGT & CARPET | $842.00 | $0.00 | $842.00 |
| 33 | PAINTING | $1,400.00 | $0.00 | $1,400.00 |
| 34 | EPOXY FLOOR | $0.00 | $0.00 | $0.00 |
| 35 | WALL & CORNER GUARDS | $0.00 | $0.00 | $0.00 |
| 36 | SPECIALTIES | $0.00 | $0.00 | $0.00 |
| 37 | LOCKERS | $0.00 | $0.00 | $0.00 |
| 38 | SHELVING | $0.00 | $0.00 | $0.00 |
| 39 | SPRINKLER | $2,300.00 | $0.00 | $2,300.00 |
| 40 | MECHANICAL | $0.00 | $0.00 | $0.00 |
| 41 | ELECTRICAL | $1,880.00 | $0.00 | $1,880.00 |
| 42 | ASBESTOS REMOVAL | $0.00 | $0.00 | $0.00 |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52 | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53 | SUBTOTAL | $27,888.69 | $0.00 | $25,888.69 |

| | CONTRACT FISCAL DATA | | $0.00 |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From ..., Col. B) | $27,888.69 | $27,888.69 |
| 55 | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C & D) | $25,888.69 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $25,888.69 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $0.00 | |
| 61 | PAYMENT THIS PERIOD | $25,888.69 | |
| 62 | TOTAL PAYMENT TO DATE (Item 60 plus 61) | | $25,888.69 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $2,000.00 |

| 64 EQUIPMENT STATUS | 65 MATERIALS STATUS | 66A WORK PROGRESS | 66B PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | NONE |

CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|
| 68A | CO S/A PREV. REPORTED, SYM S/A TO S/A | INCL | | 0 | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO. | INCL | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | INCL | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. | INCL | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. | INCL | | | | |
| 70 | ISSUED THIS PERIOD Field Change Order | | | | | |
| 71 | ISSUED THIS PERIOD | | | | | |
| 72 | ISSUED THIS PERIOD | | | | | |
| 73 | ISSUED THIS PERIOD | | | | | |

74 **REMARKS**

**Progress Payment # 1**

| 75 SIGNATURE OF RESIDENT ENGINEER | 76 DATE |
|---|---|
| SANTIAGO M. MONTALVO, CHIEF, PLANNING AND CONSTRUCTION (138D) | |

# INVOICE

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER

TO: **AEC Services, Inc.**
**930 Kennedy Street, NW**
**Washington, DC 20011**

For work performed under Contract No. V688C-1548
Dated: 9/22/2004

## Project No PO # 688C-1548

Entitled: **Mental Health Clinic Renovation**
at the Veterans Affairs Medical Center, Washington, D.C.

Progress Payment # 1 Period Ending: 2/28/2005

| | |
|---|---|
| Contract Price | $27,888.69 |
| Supplemental Agreements/Change Orders Issued: | |
| Net S/A's and/or C/O's Issued (+/-) | $27,888.69 |
| Total Contract Price | $0.00 |
| Work Not Completed | $2,000.00 |
| Total Earned to Date | $25,888.69 |
| Less Retainage | $0.00 |
| Amount of Previous Payments | $0.00 |
| Amount of This Request | $25,888.69 |

I hereby certify, to the best of my knowledge and belief, that-

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of title 31, United States Code;
(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and
(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

[signature] 4/4/05
Rick Lombardo

Project Manager

Date

AEC SERVICES

Field Offic
814 W. Diamond Ave., Suite 11
Gaithersburg, MD 2087
TEL: 301 • 258 • 941
FAX: 301 • 258 • 926
E-mail: orlando@aec-services.cor
www.aec-services.cor

**Mental Health Renovation**

**V688C-1548 PO#688C-1548**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract
2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,
3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: Frank O'Neil
Frank O'Neil

Date 04/05/05

7005 0390 0006 2196 6628

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here

Sent To Hazel A. France, Contracting Officer
Dept. of Veteran's Affairs Medical Ctr.
Street, Apt. No.; 50 Irving Street, NW

USPS - Track & Confirm

Page 1 of 1

UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0006 2196 6628**
Status: **Delivered**

Your item was delivered at 11:53 am on August 23, 2005 in WASHINGTON, DC 20422.

Additional Details > Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS site map contact us government services jobs National & Premier Accounts

*AEC Services, Inc.*
*Contract No. V688C-1528*
*Renovate Mental Health Center*

AEC SERVICES, INC.
814 West Diamond Ave. 222
GAITHERSBURG, MD 20878

TEL (301) 258-9419
FAX (301) 258-9263

# LETTER OF TRANSMITTAL

DATE 04/14/05 JOB NO A000-023
ATTENTION Art Giroux
RE:
Renovate/Upgrade Public Bathroom
(REVISED)

TO Mr. Art Giroux
VA Medical Center
Contracting Officer
50Irving Street, NW
Washington, DC 20422

WE ARE SENDING YOU ☒ XX Attached ☐ Under separate cover via ________ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ________

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 04/14/05 | 11 | Invoice No. 1594 Revised & Resubmitted FINAL INVOICE |
| | | | Contract No. V688C1491 PO#CF9224with certified Payroll |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

XX For approval ☐ Approved as submitted ☐ Resubmit ____ copies for approval

XX For your use ☐ Approved as noted ☐ Submit ____ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ____ corrected prints

☐ For review and comment ☐ ________

☐ FOR BIDS DUE ________ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS

Received by: [signature]
Date: 4/15/05

COPY TO

SIGNED: [signature]

*If enclosures are not as noted, kindly notify us at once.*

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

April 14, 2005

Mr. Art Giroux
VA Medical Center
Contracting Officer
50 Irving Street, NW
Washington, DC, 20422

Re: Renovate Upgrade Public Bathroom
Invoice 1594
Pay Application No. 11 ***Final Revised***
Contract No. V688C-1491 **PO#CF9224**

Dear Art Giroux:

Enclosed please find **Invoice No.1594** in the amount of **Nineteen Thousand Four Hundred Two Dollars and no Cents ($19,402.00)** for the above referenced project.

Thank you for your attention to this matter and please contact me should you have any questions.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

******* INVOICE ******* PAGE: 1

AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

INVOICE NUMBER: 0001594-IN

INVOICE DATE: 04/14/05

CUSTOMER NO: VAM000

V.A. MEDICAL CENTER
50 IRVING STREET, NW
WASHINGTON DC 20422

JOB NUMBER: A000023

EIN# 52-1774419

CONTACT: ART GIROUX

BILL METHOD: FIXED CONTRACT

JOB DESC: RENOVATE/UPGRADE PUBLIC BATHROOM

COMMENT: V688C1491 PO#CF9224 REVISED

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT | 681,510.77 |
| PERCENTAGE COMPLETED TO DATE: | 100.00% |
| BILLABLE CONTRACT AMOUNT: | 681,510.77 |
| LESS PREVIOUSLY INVOICED: | 662,108.77 |
| AMOUNT BILLABLE THIS INVOICE: | 19,402.00 |
| INVOICE TOTAL: | 19,402.00 |

---

# LETTER OF TRANSMITTAL

| | |
|---|---|
| DATE: 4/13/05 | Job #: A000023 |
| ATTENTION: Art Giroux | |
| RE: Renovate Rest Rooms | |

TO:
VA Medical Center
50 Irving Street, NW
Washingtin, DC

Phone: 202-745-8000-7435
Fax:

**We are sending you the following items:**

| | | | |
|---|---|---|---|
| | R.F.I. | | Proposal |
| | Copy of Letter | | Plans |
| | Submittals | | Samples |
| | Change Orders | X | Invoice |

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | 13-Apr-05 | | Revised #11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| | For approval | | Return | | Copies for approval |
| | For your use | | Submit | | Copies for dist. |
| | As requested | | Resubmit | | For Your Records |

SIGNED: [signature]
Project Manager

Pr ..ess Payment # 11 REVISED

**VETERANS AFFAIRS**

## CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 4/13/2005

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA Medical Center
50 Irving Street, NW
Washington, D.C. 20422

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| 0 | V688C-1491 | 9/27/2000 | 10/17/2000 | 11/20/1995 |

6. NAME AND ADDRESS OF CONTRACTOR PO#CF9224
AEC SERVICES, INC.
814 W. Diamond Avenue, Suite 222
Gaithersburg, MD 20878

7. DESCRIPTION OF CONTRACT
Upgrade and Renovate Restrooms

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $598,870 | 12. EXTENDED CONTRACT COMPLETION DATE | 1/27/1997 |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | 2/17/2001 |
| 10. ACTUAL PERCENT COMPLETION | 100% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 2/17/2001 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE - END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | ARCH DESIGN | $9,422.68 | $9,422.68 | $0.00 |
| 16 | #REF! | $26,807.00 | $26,807.00 | $0.00 |
| 17 | MEP DESIGN | $15,225.00 | $15,225.00 | $0.00 |
| | MOBILIZATION | $25,000.00 | $25,000.00 | $0.00 |
| 18 | GENERAL REQUIREMENTS | $63,000.00 | $63,000.00 | $0.00 |
| 19 | DEMOLITION | $8,100.00 | $8,100.00 | $0.00 |
| 20 | ASBESTOS ABATEMENT | $6,602.00 | $6,602.00 | $0.00 |
| 21 | CAST IN PLACE CONCRETE | $14,400.00 | $14,400.00 | $0.00 |
| 22 | MISC METALS | $6,300.00 | $6,300.00 | $0.00 |
| 23 | ROUGH CARPENTRY | $600.32 | $600.32 | $0.00 |
| 24 | MILLWORK | $12,300.00 | $12,300.00 | $0.00 |
| 25 | THERMAL & MOISTURE PRO. | $2,700.00 | $2,700.00 | $0.00 |
| 26 | DOORS AND FRAMES | $2,000.00 | $2,000.00 | $0.00 |
| 27 | FINISH HARDWARE | $3,000.00 | $3,000.00 | $0.00 |
| 28 | AUTO DOOR OPENERS | $9,000.00 | $9,000.00 | $0.00 |
| 29 | DRYWALL PARITIONS | $28,000.00 | $28,000.00 | $0.00 |
| 30 | CERAMIC TILE | $55,800.00 | $55,800.00 | $0.00 |
| 31 | ACOUSTICAL CEILINGS | $11,900.00 | $11,900.00 | $0.00 |
| 32 | PAINTING | $600.00 | $600.00 | $0.00 |
| 33 | WALL COVERING | $1,663.00 | $1,663.00 | $0.00 |
| 34 | TOILET PARTITIONS | $14,000.00 | $14,000.00 | $0.00 |
| 35 | SIGNAGE | $450.00 | $450.00 | $0.00 |
| 36 | TOILET & BATH ACCES. | $16,000.00 | $19,000.00 | $0.00 |
| 37 | SPRINKLER | $9,000.00 | $6,500.00 | $2,500.00 |
| 38 | MECHANICAL | $200,000.00 | $185,000.68 | $14,999.32 |
| 39 | ELECTRICAL | $47,000.00 | $47,000.00 | $0.00 |
| 40 | SUBMITTALS | $10,000.00 | $10,000.00 | $0.00 |
| 41 | 0 | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | SUPPLEMENTAL AGREEMENT - ADD | $85,988.77 | $80,738.77 | $1,902.68 |
| 52 | SUPPLEMENTAL AGREEMENT - DEDUCT | ($3,248.00) | | |
| 53 | SUBTOTAL | $684,858.77 | $662,108.77 | $19,402.00 |

CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From Col. B) | | $684,858.77 |
| 55 | VALUE - WORK IN PLACE TO DATE (Cols. C & D) | $681,510.77 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $681,510.77 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $662,108.77 | |
| 61 | PAYMENT THIS PERIOD | $19,402.00 | |
| 62 | TOTAL PAYMENT TO DATE (Item 60 plus 61) | | $681,510.77 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $3,348.00 |

| 64 EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67 SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | NONE |

CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|
| 68A | CO S/A PREV. REPORTED, SYM S/A TO S/A | INCL. | | | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO. | INCL. | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | INCL. | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. | INCL. | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. | INCL. | | | | |
| 70 | ISSUED THIS PERIOD Field Change Order | | | | | |
| 71 | ISSUED THIS PERIOD | | | | | |
| 72 | ISSUED THIS PERIOD | | | | | |
| 73 | ISSUED THIS PERIOD | | | | | |

74 **REMARKS**

**Progress Payment # 11 REVISED**

| 75 SIGNATURE OF RESIDENT ENGINEER | 76 DATE |
|---|---|
| ZLATKO JOVANOVIC, CHIEF, PLANNING AND CONSTRUCTION (138D) | |

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER

TO: **AEC SERV. , INC.**
**814 W. Diamond Avenue, Suite 222**
**Gaithersburg, MD 20878**

For work performed under Contract Number V688C-1491
Dated: 9/27/2000
Project No. 0
Entitled: **Upgrade and Renovate Restrooms**
at the Veterans Affairs Medical Center, Washington, D.C.

Progress Payment # 11 REVISED Period Ending: 4/13/2005

| | |
|---|---|
| Contract Price | $598,870.00 |
| Supplemental Agreements/Change Orders Issued: | |
| Net S/A's and/or C/O's Issued (+/-) | $0.00 |
| Total Contract Price | $598,870.00 |
| Work Not Completed | $3,348.00 |
| Total Earned to Date | $681,510.77 |
| Less Retainage | $0.00 |
| Amount of Previous Payments | $662,108.77 |
| Amount of This Estimate | $19,402.00 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and I will make timely payment from the proceeds of the progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

Claim Made as Indicated Above

Richard A. Saullardo 4/13/05

CONTRACTOR DATE

I certify that the articles and/or services represented by this estimate have been received and/or rendered in accordance with the terms of the contract.

CHIEF, ENGINEERING SERVICE DATE

I approve the payment of this estimate in the amount of **$19,402.00** and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

CONTRACTING OFFICER DATE

PHS-3578
REV. 2-76

# CONTRACTOR'S RELEASE FOR ALL CONTRACTS

INSTRUCTIONS TO CONTRACTOR: *Submit Original and 3 copies. All submitted copies must have original handwritten signature.*

Pursuant to the terms of Contract No. V688C1491 PO#CF9224 and in consideration of the sum of Six Hundred Eighty One Thousand Five Hundred Ten & Seventy Seven Cents Dollars ($ 681,510.77)
*Total of amounts payed and payable*

which has been or is to be paid under the said contract to AEC Services, Inc. 814 West Diamond Avenue Suite 110, Gaithersburg, MD 20878
*Contractor's name and address*

hereinafter called the Contractor or to its assignees, if any, the Contractor, upon payment of the said sum by the UNITED STATES OF AMERICA hereinafter called the Government, does remise, release, and discharge the Government, its officers, agents, and employees, of and from all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract, except:

1. Specified claims in stated amounts or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows: *If none so state*
None

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contract, which are not known to the Contractor on the date of the execution of this release and of which the Contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnification of the Government against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provisions of the said contract relating to patents.

(The contract sum stipulated above includes unaudited costs in the amount of $ . The contractor agrees, pursuant to the clause in this contract entitled Allowable Cost (for cost reimbursement contracts) or Allowable Cost and Fixed Fee (for CPFF contracts), that the amount of any sustained audit exceptions resulting from any subsequent audit made after final payment will be refunded to the Government.)*

The Contractor further agrees, in connection with patent matters and with claims which are not released as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notification to the Contracting Officer and related to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this 14th day of April 2005

WITNESSES

Frank O'Neal

AEC Services Incorporated
*Contractor or Corporate name*

BY [signature]

TITLE President

NOTE: In the case of a corporation, witnesses, are not required, but the certificate below must be completed.

## CERTIFICATE

I, Orlando Alvarado, certify that I am the Corporate Secretary *Official title* of the corporation named as Contractor in the foregoing release: that Orlando Alvarado who signed said release on behalf of the Contractor was then President *Official title* of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL)

*Applicable to contracts where unaudited costs claimed by the contractor are less than $100,000.

AEC SERVICES

Field Office
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

**Renovate Upgrade Public Bathroom** ***Final Revised***

**V688C-1491 PO#CF9224**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract

2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,

3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: Frank O'Neil
Frank O'Neil

Date 04/14/05

LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

August 19, 2005

***VIA CERTIFIED MAIL #7005 0390 0006 2196 6611***
***RETURN RECEIPT REQUESTED***
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

***Re: AEC Services, Inc.***
***Contract No. V688C-1491***
***Upgrade and Renovate Restrooms***

Dear Ms. France:

As you are aware this office represents AEC Services, Inc., the VA's contractor on the above referenced contract.

Enclosed please find AEC's Submission of Claim under the above referenced contract and Request for a Final Contracting Officer's Decision. Please note that by deductive change order dated May 4, 2005, the amount invoiced by AEC had been agreed upon by the VA. There is no reason that, after the issuance of the deductive change order, this invoice could not have been paid.

Please feel free to contact me if you have any questions regarding this matter.

Very truly yours,

Donald H. Spence, Jr

DHS/bts-el
enclosures
cc: AEC Services, Inc

AEC SERVICES

Corporate Office
930 Kennedy St., Suite 120
Washington, DC 20011
TEL: 202 • 723 • 9061
FAX: 202 • 723 • 9062

August 18, 2005

*VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED*
Hazel A. France, Contracting Officer
Department of Veteran's Affairs Medical Center
50 Irving Street, NW
Washington, DC 20422

***Re: AEC Services, Inc.***
***Contract No. V688C-1491***
***Upgrade and Renovate Restrooms***

Dear Ms. France:

Enclosed please find copies of Progress Payment Nos. 11 in the above referenced contract. Progress Payment No. 11 was submitted to you on April 13, 2005. To date, there has been no response to this progress payment and it remains unpaid.

Please accept this letter as the submittal of a claim under Sec. 52.233-1(disputes) of the above referenced contract. Having failed to act on the progress payments for over 120 days is clearly not acting upon a request for payment in a reasonable period of time in accordance with paragraph (c) of that section.

Pursuant to Sec. 52-2331(e), I am hereby requesting a final contracting officer's decision within sixty (60) days of this request.

Please feel free to contact me if you require any additional information.

Very truly yours,

Rick Lombardo

Rick Lombardo
Project Manager

**AEC SERVICES, ...**
814 West Diamond Ave. ...222
GAITHERSBURG, MD 2..78

TEL (301) 258-9419
FAX (301) 258-9263

# LETT... OF TRANSMITTAL

DATE 04/14/05 | JOB NO. A000-023

ATTENTION Art Giroux

RE:

Renovate/Upgrade Public Bathroom
(REVISED)

TO Mr. Art Giroux
VA Medical Center
Contracting Officer
50Irving Street, NW
Washington, DC 20422

WE ARE SENDING YOU ☒XX Attached ☐ Under separate cover via ______ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications

☐ Copy of letter ☐ Change order ☐ ______

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 3 | 04/14/05 | 11 | Invoice No. 1594 Revised & Resubmitted FINAL INVOICE |
| | | | Contract No. V688C1491 PO#CF9224with certified Payroll |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

XX For approval ☐ Approved as submitted ☐ Resubmit ______ copies for approval

XX For your use ☐ Approved as noted ☐ Submit ______ copies for distribution

☐ As requested ☐ Returned for corrections ☐ Return ______ corrected prints

☐ For review and comment ☐ ______

☐ FOR BIDS DUE ______ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS ______

Received by: [signature]
Date: 4/15/05

COPY TO ______

SIGNED: Frank O'Neal

*If enclosures are not as noted, kindly notify us at once.*

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

April 14, 2005

Mr. Art Giroux
VA Medical Center
Contracting Officer
50 Irving Street, NW
Washington, DC, 20422

Re: Renovate Upgrade Public Bathroom
Invoice 1594
Pay Application No. 11 ***Final Revised***
Contract No. V688C-1491 **PO#CF9224**

Dear Art Giroux:

Enclosed please find **Invoice No.1594** in the amount of **Nineteen Thousand Four Hundred Two Dollars and no Cents ($19,402.00)** for the above referenced project.

Thank you for your attention to this matter and please contact me should you have any questions.

Sincerely,

Michael Gresco
Accounting Manager

MG/fon

Attachments

******* INVOICE ******* PAGE: 1

AEC Services, Inc.
814 W. Diamond Avenue
Suite 100
Gaithersburg, MD 20878

(301) 258-9419

INVOICE NUMBER: 0001594-IN

INVOICE DATE: 04/14/05

CUSTOMER NO: VAM000

V.A. MEDICAL CENTER
50 IRVING STREET, NW
WASHINGTON DC 20422

JOB NUMBER: A000023

EIN# 52-1774419

CONTACT: ART GIROUX

BILL METHOD: FIXED CONTRACT

JOB DESC: RENOVATE/UPGRADE PUBLIC BATHROOM

COMMENT: V688C1491 PO#CF9224 REVISED

---

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT | 681,510.77 |
| PERCENTAGE COMPLETED TO DATE: | 100.00% |
| BILLABLE CONTRACT AMOUNT: | 681,510.77 |
| LESS PREVIOUSLY INVOICED: | 662,108.77 |
| AMOUNT BILLABLE THIS INVOICE: | 19,402.00 |
| INVOICE TOTAL: | 19,402.00 |

---

# LETTER OF TRANSMITTAL

TO:
VA Medical Center
50 Irving Street, NW
Washingtin, DC

Phone: 202-745-8000-7435
Fax:

DATE: 4/13/05 | Job #: A000023
ATTENTION: Art Giroux
RE:
Renovate Rest Rooms

We are sending you the following items:

____ R.F.I.
____ Copy of Letter
____ Submittals
____ Change Orders
____ Proposal
____ Plans
____ Samples
__X__ Invoice

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | 13-Apr-05 | | Revised #11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

____ For approval
____ For your use
____ As requested
____ Return
____ Submit
____ Resubmit
____ Copies for approval
____ Copies for dist.
____ For Your Records

SIGNED: [signature]
Project Manager

Pr .ess Payment # 11 REVISED

VETERANS AFFAIRS

## CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 4/13/2005

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA Medical Center
50 Irving Street, NW
Washington, D.C. 20422

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| 0 | V688C-1491 | 9/27/2000 | 10/17/2000 | 11/20/1995 |

6. NAME AND ADDRESS OF CONTRACTOR PO#CF9224
AEC SERVICES, INC.
814 W. Diamond Avenue, Suite 222
Gaithersburg, MD 20878

7. DESCRIPTION OF CONTRACT
Upgrade and Renovate Restrooms

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $598,870 | 12. EXTENDED CONTRACT COMPLETION DATE | 1/27/1997 |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | 2/17/2001 |
| 10. ACTUAL PERCENT COMPLETION | 100% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 2/17/2001 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE - END LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15 | ARCH DESIGN | $9,422.68 | $9,422.68 | $0.00 |
| 16 | #REF! | $26,807.00 | $26,807.00 | $0.00 |
| 17 | MEP DESIGN | $15,225.00 | $15,225.00 | $0.00 |
| | MOBILIZATION | $25,000.00 | $25,000.00 | $0.00 |
| 18 | GENERAL REQUIREMENTS | $63,000.00 | $63,000.00 | $0.00 |
| 19 | DEMOLITION | $8,100.00 | $8,100.00 | $0.00 |
| 20 | ASBESTOS ABATEMENT | $6,602.00 | $6,602.00 | $0.00 |
| 21 | CAST IN PLACE CONCRETE | $14,400.00 | $14,400.00 | $0.00 |
| 22 | MISC METALS | $6,300.00 | $6,300.00 | $0.00 |
| 23 | ROUGH CARPENTRY | $600.32 | $600.32 | $0.00 |
| 24 | MILLWORK | $12,300.00 | $12,300.00 | $0.00 |
| 25 | THERMAL & MOISTURE PRO. | $2,700.00 | $2,700.00 | $0.00 |
| 26 | DOORS AND FRAMES | $2,000.00 | $2,000.00 | $0.00 |
| 27 | FINISH HARDWARE | $3,000.00 | $3,000.00 | $0.00 |
| 28 | AUTO DOOR OPENERS | $9,000.00 | $9,000.00 | $0.00 |
| 29 | DRYWALL PARITIONS | $28,000.00 | $28,000.00 | $0.00 |
| 30 | CERAMIC TILE | $55,800.00 | $55,800.00 | $0.00 |
| 31 | ACOUSTICAL CEILINGS | $11,900.00 | $11,900.00 | $0.00 |
| 32 | PAINTING | $600.00 | $600.00 | $0.00 |
| 33 | WALL COVERING | $1,663.00 | $1,663.00 | $0.00 |
| 34 | TOILET PARTITIONS | $14,000.00 | $14,000.00 | $0.00 |
| 35 | SIGNAGE | $450.00 | $450.00 | $0.00 |
| 36 | TOILET & BATH ACCES. | $16,000.00 | $19,000.00 | $0.00 |
| 37 | SPRINKLER | $9,000.00 | $6,500.00 | $2,500.00 |
| 38 | MECHANICAL | $200,000.00 | $185,000.68 | $14,999.32 |
| 39 | ELECTRICAL | $47,000.00 | $47,000.00 | $0.00 |
| 40 | SUBMITTALS | $10,000.00 | $10,000.00 | $0.00 |
| 41 | 0 | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | SUPPLEMENTAL AGREEMENT - ADD | $85,988.77 | $80,738.77 | $1,902.68 |
| 52 | SUPPLEMENTAL AGREEMENT - DEDUCT | ($3,248.00) | | |
| 53 | SUBTOTAL | $684,858.77 | $662,108.77 | $19,402.00 |

CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54 | CURRENT CONTRACT AMOUNT (From " ", Col. B) | | $684,858.77 |
| 55 | VALUE - WORK IN PLACE TO DATE (I. Cols. C & D) | $681,510.77 | |
| 56 | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57 | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58 | EARNED TO DATE (Items 55 plus 56 plus 57) | | $681,510.77 |
| 59 | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $0.00 |
| 60 | TOTAL PREVIOUS PAYMENTS | $662,108.77 | |
| 61 | PAYMENT THIS PERIOD | $19,402.00 | |
| 62 | TOTAL PAYMENT TO DATE (Item 60 plus 61) | | $681,510.77 |
| 63 | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $3,348.00 |

| 64 EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | NONE |

CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A | CO S/A PREV. REPORTED, SYM S/A TO S/A INCL. | | | | |
| 68B | CO CHANGE ORD., PREV. REPORTED, NO. INCL. | | | | |
| 68C | FIELD SUPPL. AGREE. PREV. REPORTED, NO. INCL. | | | | |
| 68D | FIELD CHANGE ORD. PREV. REPORTED, SYM. INCL. | | | | |
| 69 | TIME EXTENS. PREV. REPORTED, NO. INCL. | | | | |
| 70 | ISSUED THIS PERIOD Field Change Order | | | | |
| 71 | ISSUED THIS PERIOD | | | | |
| 72 | ISSUED THIS PERIOD | | | | |
| 73 | ISSUED THIS PERIOD | | | | |

74 **REMARKS**

**Progress Payment # 11 REVISED**

75 SIGNATURE OF RESIDENT ENGINEER

ZLATKO JOVANOVIC, CHIEF, PLANNING AND CONSTRUCTION (138D)

76 DATE

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER

TO: **AEC SERV‹ ›, INC.**
**814 W. Diamond Avenue, Suite 222**
**Gaithersburg, MD 20878**

For work performed under Contract Number V688C-1491
Dated: 9/27/2000
Project No. 0
Entitled: **Upgrade and Renovate Restrooms**
at the Veterans Affairs Medical Center, Washington, D.C.

Progress Payment # 11 REVISED Period Ending: 4/13/2005

| | |
|---|---|
| Contract Price | $598,870.00 |
| Supplemental Agreements/Change Orders Issued: | |
| Net S/A's and/or C/O's Issued (+/-) | $0.00 |
| Total Contract Price | $598,870.00 |
| Work Not Completed | $3,348.00 |
| Total Earned to Date | $681,510.77 |
| Less Retainage | $0.00 |
| Amount of Previous Payments | $662,108.77 |
| Amount of This Estimate | $19,402.00 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and I will make timely payment from the proceeds of the progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

Claim Made as Indicated Above

Richard A. Saillard 4/13/05

CONTRACTOR DATE

I certify that the articles and/or services represented by this estimate have been received and/or rendered in accordance with the terms of the contract.

CHIEF, ENGINEERING SERVICE DATE

I approve the payment of this estimate in the amount of **$19,402.00** and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

CONTRACTING OFFICER DATE

PHS-3571
REV. 2-76

# CONTRACTOR'S RELEASE FOR ALL CONTRACTS

INSTRUCTIONS TO CONTRACTOR: *Submit Original and 3 copies. All submitted copies must have original handwritten signature.*

Pursuant to the terms of Contract No. V688C1491 PO#CF9224 and in consideration of the sum of Six Hundred Eighty One Thousand Five Hundred Ten & Seventy Seven Cents Dollars ($681,510.77)
*Total of amounts payed and payable*
which has been or is to be paid under the said contract to AEC Services, Inc. 814 West Diamond Avenue Suite 110, Gaithersburg, MD 20878
*Contractor's name and address*
hereinafter called the Contractor or to its assignees, if any, the Contractor, upon payment of the said sum by the UNITED STATES OF AMERICA hereinafter called the Government, does remise, release, and discharge the Government, its officers, agents, and employees, of and from all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract, except:

1. Specified claims in stated amounts or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows: None
*If none so state*

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contract, which are not known to the Contractor on the date of the execution of this release and of which the Contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnification of the Government against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provisions of the said contract relating to patents.

(The contract sum stipulated above includes unaudited costs in the amount of $ . The contractor agrees, pursuant to the clause in this contract entitled Allowable Cost (for cost reimbursement contracts) or Allowable Cost and Fixed Fee (for CPFF contracts), that the amount of any sustained audit exceptions resulting from any subsequent audit made after final payment will be refunded to the Government.)*

The Contractor further agrees, in connection with patent matters and with claims which are not released as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notification to the Contracting Officer and related to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this 14th day of April 2005

WITNESSES

Frank O Neal

AEC Services Incorporated
*Contractor or Corporate name*

BY [signature]

TITLE President

NOTE: In the case of a corporation, witnesses, are not required, but the certificate below must be completed.

## CERTIFICATE

I, Orlando Alvarado, certify that I am the Corporate Secretary
*Official title*
of the corporation named as Contractor in the foregoing release; that Orlando Alvarado who signed said release on behalf of the Contractor was then President
*Official title*
of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL)

*Applicable to contracts where unaudited costs claimed by the contractor are less than $100,000.

AEC SERVICES

**Field Office**
814 W. Diamond Ave., Suite 110
Gaithersburg, MD 20878
TEL: 301 • 258 • 9419
FAX: 301 • 258 • 9263
E-mail: orlando@aec-services.com
www.aec-services.com

**Renovate Upgrade Public Bathroom** ***Final Revised***

**V688C-1491 PO#CF9224**

I hereby certify, to the best of my knowledge and belief that:

1. The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract
2. Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payment will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code and,
3. This request for progress payment does not include the amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Name: Frank O'Neil
Frank O'Neil

Date 04/14/05