IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEC SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1182C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 45 days through and until February 23, 2006, to file its response to plaintiff's complaint. Our response is presently due on January 9, 2006. This is our first request for an enlargement of time for this purpose. Defendant's counsel has discussed this motion with opposing counsel as required by RCFC 6.1. Plaintiff's counsel opposes this request for an enlargement.[1]

Defendant's counsel was assigned to this matter and first received a copy of the complaint on December 2, 2005. She promptly requested that the interested agency, the Department of Veterans Affairs, provide her with a litigation report pursuant

[1] Plaintiff's counsel has stated that he does not oppose an enlargement of time of 30 days, but will oppose additional days. Defendant's counsel explained that counsel for the agency has stated she will need more than 30 days to investigate the allegations contained within the complaint and prepare a litigation report, and that without that report, defendant possesses no information related to the facts and legal issues involved in the case.

to 28 U.S.C. § 520. However, agency counsel was not assigned until December 22, 2005. As a result, agency counsel requires additional time to investigate the allegations contained within the complaint and prepare a litigation report. In addition, the Federal holidays are impacting agency counsel's ability to gather information from agency officials, including the contracting officer. Upon receipt of the litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that an additional 45 days will be required to prepare our response.

For the foregoing reasons, defendant respectfully requests that the Court enter an order enlarging the time to respond to plaintiff's complaint through and until February 23, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s James M. Kinsella for
Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

December 29, 2005 Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of December, 2005, a copy of the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s Allison Kidd-Miller