**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AEC SERVICES, INC.**<br>*Plaintiff,*<br>**vs.**<br>**THE UNITED STATES**<br>*Defendant.* | **Case No: 1:05-cv-1182** |

**NOTICE OF DISMISSAL**

Plaintiff, AEC Services, Inc. ("AEC"), by counsel, hereby gives notice, pursuant to RCFC 41(a)(1)(i), of the dismissal of this action, without prejudice. The Defendant has not filed an answer or other responsive pleading.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By:________________________________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for AEC Services, Inc.